Corinne Chandler, Esq. SBN: 111423
  E-Mail: cchandler@kantorlaw.net
Brent D. Brehm, Esq. SBN: 248983
  E-Mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff, Frank Porco

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PORCO,<br><br>    Plaintiff,<br><br>VS.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and SUPERIOR INDUSTRIES INTERNATIONAL, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO: **CV08-01538** ODW<br><br>COMPLAINT FOR:<br><br>BREACH OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974; INJUNCTIVE AND DECLARATORY RELIEF; FAILURE TO PROVIDE PLAN DOCUMENTS UNDER ERISA; PREJUDGMENT AND POSTJUDGMENT INTEREST; AND ATTORNEYS' FEES' AND COSTS |

Plaintiff, Frank Porco, herein sets forth the allegations of his Complaint against Defendants the Prudential Insurance Company of America and Superior Industries International, Inc. Long Term Disability Plan (collectively "Defendants").

## PRELIMINARY ALLEGATIONS

1.  "Jurisdiction" – This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves a claim by Plaintiff for employee benefits under employee benefit plans regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question. This action is brought for the purpose of obtaining benefits under the terms of an employee benefit plan, and to clarify and enforce Plaintiff's past, present and future rights to benefits under the employee benefit plan named as Defendant. Plaintiff also seeks equitable relief, including but not limited to: restitution, an injunction ordering Defendants to qualify Plaintiff for benefits and to pay Plaintiff benefits to which Plaintiff is entitled, prejudgment and postjudgment interest, and attorneys' fees and costs.

2.  Plaintiff was at all times relevant, an employee of Superior Industries International, Inc. and a resident in the County of Los Angeles, State of California. Plaintiff is currently residing in the City of Comanche, State of Texas.

3.  Plaintiff is informed and believes that Defendant The Prudential Insurance Company of America ("PRUDENTIAL") is a corporation with its principal place of business in the State of New Jersey, authorized to transact and transacting business in the Central District of California and can be found in the Central District of California. PRUDENTIAL is the insurer of benefits under the Superior Industries International, Inc. Long Term Disability Plan and acted in the capacity of a plan administrator.

4.  Plaintiff is informed and believes that Defendant Superior Industries International, Inc. Long Term Disability Plan, (hereinafter "LTD Plan") is an employee welfare benefit plan regulated by ERISA, established by Superior Industries International, Inc., under which Plaintiff is and was a participant, and pursuant to which Plaintiff is entitled to Long Term Disability ("LTD") benefits. Pursuant to the terms and conditions of the LTD Plan, Plaintiff is entitled to LTD benefits for the duration of Plaintiff's disability, for so long as Plaintiff remains disabled as required under the terms

of the LTD Plan. The LTD Plan is doing business in this judicial district, in that it covers employees residing in this judicial district.

5. Defendants can be found in this judicial district and the Defendant Plan is administered in this judicial district. The LTD claim at issue herein was also specifically administered in this judicial district. Thus, venue is proper in this judicial district pursuant to 29 U.S.C. § 1132(e)(2).

## FIRST CAUSE OF ACTION AGAINST SUPERIOR INDUSTRIES INTERNATIONAL, INC. LONG TERM DISABILITY PLAN AND PRUDENTIAL INSURANCE COMPANY OF AMERICA FOR DENIAL OF PLAN BENEFITS

6. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

7. At all times relevant, Plaintiff was employed by Superior Industries International, Inc. and was a covered participant under the terms and conditions of the LTD Plan.

8. During the course of Plaintiff's employment, Plaintiff became entitled to benefits under the terms and conditions of the LTD Plan and other employee benefit plans established and maintained by Superior Industries International, Inc. Specifically, while Plaintiff was covered under the LTD Plan, Plaintiff suffered a disability rendering Plaintiff disabled as defined under the terms of the LTD Plan.

9. Pursuant to the terms of the LTD Plan, Plaintiff made a claim to PRUDENTIAL for LTD benefits under the Plan. On December 23, 2005, Plaintiff's claim for LTD benefits was terminated by PRUDENTIAL who asserted that Plaintiff no longer met the definition of disability. On January 5, 2006, Plaintiff appealed this determination. Despite overwhelming evidence of a covered LTD claim, on March 1,

1  2006, PRUDENTIAL erroneously and wrongfully continued to uphold its prior
2  determination denying Plaintiff's claim for LTD benefits.
3       10.  Defendants PRUDENTIAL and the LTD Plan wrongfully denied Plaintiff's
4  claim, in the following respects:
5       (a)  Failure to pay LTD benefit payments to Plaintiff at a time when
6  PRUDENTIAL and the LTD Plan knew, or should have known, that Plaintiff was
7  entitled to those benefits under the terms of the LTD Plan, as Plaintiff was disabled and
8  unable to work and therefore entitled to benefits. Even though the LTD Plan and
9  PRUDENTIAL had such knowledge, PRUDENTIAL denied Plaintiff's LTD benefits;
10      (b)  Failure to provide a prompt and reasonable explanation of the basis relied
11 on under the terms of the LTD Plan documents, in relation to the applicable facts and
12 LTD Plan provisions, for the denial of Plaintiff's claims for LTD benefits;
13      (c)  After Plaintiff's claim was denied in whole or in part, PRUDENTIAL failed
14 to adequately describe to Plaintiff any additional material or information necessary for
15 Plaintiff to perfect his claim along with an explanation of why such material is or was
16 necessary;
17      (d)  Concealing and withholding from Plaintiff the notice requirements
18 PRUDENTIAL and the LTD Plan were required to provide Plaintiff pursuant to ERISA
19 and the regulations promulgated thereunder, particularly Code of Federal Regulations
20 § 2560.503-1(f)-(g), inclusive; and
21      (e)  Failing to properly and adequately investigate the merits of Plaintiff's
22 disability claim and to provide a full and fair review of Plaintiff's claim.
23      11.  Plaintiff is informed and believes and thereon alleges that these named
24 Defendants wrongfully denied his disability benefits under the LTD Plan by other acts
25 or omissions of which Plaintiff is presently unaware, but which may be discovered in this
26 future litigation and which Plaintiff will immediately make Defendants aware of once
27 said acts or omissions are discovered by Plaintiff.
28

12. Following the denial of Plaintiff's disability claim under the LTD Plan, Plaintiff exhausted all administrative remedies required under ERISA, and Plaintiff has performed all duties and obligations on Plaintiff's part to be performed under the LTD Plan.

13. As a proximate result of the aforementioned wrongful conduct of the LTD Plan and PRUDENTIAL, and each of them, Plaintiff has damages for loss of disability benefits in a total sum to be shown at the time of trial.

14. As a further direct and proximate result of this improper determination regarding Plaintiff's LTD claim, Plaintiff, in pursuing this action, has been required to incur attorneys' costs and fees. Pursuant to 29 U.S.C. § 32(g)(1), Plaintiff is entitled to have such fees and costs paid by Defendant(s).

### SECOND CAUSE OF ACTION AGAINST
### SUPERIOR INDUSTRIES INTERNATIONAL, INC.
### LONG TERM DISABILITY PLAN AND
### PRUDENTIAL INSURANCE COMPANY OF AMERICA
### FOR EQUITABLE RELIEF

15. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

16. As a direct and proximate result of the failure of the LTD Plan and/or PRUDENTIAL to pay disability benefits to Plaintiff, and the resulting injuries and damages sustained by Plaintiff as alleged herein, Plaintiff is entitled to and hereby requests that this Court grant Plaintiff the following relief pursuant to 29 U.S.C. § 132(a)(3):

(a) Restitution of all past benefits due to Plaintiff under the LTD Plan, plus prejudgment and postjudgment interest at the lawful rate;

(b) A mandatory injunction issued requiring Defendants LTD Plan and PRUDENTIAL to immediately qualify Plaintiff for past disability benefits under the

1  LTD Plan, and to continue such qualification for so long as Plaintiff remains totally
2  disabled under the terms of the Plan; and
3       (c)   Such other and further relief as the Court deems necessary and proper to
4  protect Plaintiff's interests as a disabled employee and/or participant under the LTD
5  Plan.

## THIRD CAUSE OF ACTION AGAINST DEFENDANTS
## SUPERIOR INDUSTRIES INTERNATIONAL, INC. LONG TERM
## DISABILITY PLAN AND
## PRUDENTIAL INSURANCE COMPANY OF AMERICA
## FOR DECLARATORY RELIEF

12       17.   Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

14       18.   A controversy now exists between PRUDENTIAL and/or the LTD Plan and Plaintiff as to whether Plaintiff is disabled under the terms of the LTD Plan. Plaintiff seeks a declaration by this Court that Plaintiff meets the LTD Plan definition of disability and that he was and is entitled to continued LTD benefits from Defendant PRUDENTIAL and/or the LTD Plan. Plaintiff further seeks a declaration by this Court that if Plaintiff is found to have been disabled, and continues to remain disabled, under the terms of the controlling Plan documents, that all benefits provided under the Plan while a participant is disabled, be reinstated retroactive to the date Plaintiff's disability benefits should have been awarded.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

1. Payment of disability benefits due Plaintiff;

2. For a declaration that Plaintiff was disabled retroactive to the denial of LTD benefits and is entitled to receive LTD benefits while Plaintiff was and continues to be disabled under the terms of the LTD Plan;

3. For injunctive relief requiring payment of all disability benefits and any other employee benefits owed under the LTD Plan;

4. Pursuant to 29 U.S.C. § 1132(g) for all costs and attorney fees incurred in pursuing this action;

5. For prejudgement and postjudgment interest as allowed for under ERISA; and

6. For such other and further relief as this Court deems just and proper.

DATED: March 3, 2008                     KANTOR & KANTOR, LLP

By: _/s/ Corinne Chandler_
CORINNE CHANDLER
BRENT DORIAN BREHM
ATTORNEYS FOR PLAINTIFF
FRANK PORCO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

```
CV08- 1538 ODW (PJWx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [_] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [_] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Corinne Chandler/Brent Dorian Brehm
Kantor & Kantor
19839 Nordhoff Street
Northridge, CA 91324

(818) 886-2525

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FRANK PORCO | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | CV08-01538 ODW PJWx |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and SUPERIOR INDUSTRIES INTERNATIONAL, INC. LONG TERM DISABILITY PLAN | SUMMONS |
| Defendant(s) | |

TO: THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney <u>Corinne Chandler and Brent Dorian Brehm</u>, whose address is:

Kantor & Kantor
19839 Nordhoff Street

an answer to the [x] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim which is herewith served upon you within __20__ days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U.S. DISTRICT COURT

Date: MAR 5 2008

By: _____
Deputy Clerk

(Seal of the Court)

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
FRANK PORCO

**DEFENDANTS**
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and SUPERIOR INDUSTRIES INTERNATIONAL, INC. LONG TERM DISABILITY PLAN

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): Texas

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Corinne Chandler/Brent Dorian Brehm
Kantor & Kantor
19839 Nordhoff Street
Northridge, CA 91324

(818) 886-2525

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
29 U.S.C. Section 1132

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☒ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litig. |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determina- tion Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | | | | ☐ 871 IRS - Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (07/05)     CIVIL COVER SHEET     CV08-01538     Page 1 of 2     CCD-JS44

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?   [x] No   [ ] Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   [ ] A. Arise from the same or closely related transactions, happenings, or events; or
[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)

[ ] Check here if the U.S. government, its agencies or employees is a named plaintiff.

Texas

List the California County, or State if other than California, in which EACH named defendant resides.   (Use an additional sheet if necessary).

[ ] Check here if the U.S. government, its agencies or employees is a named defendant.

New Jersey

List the California County, or State if other than California, in which EACH claim arose.   (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

California

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Corinne Chandler_   Date 3-3-08

Corinne Chandler

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |