JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK PORCO, | ) CASE NO. CV 08-01538 MMM (PJWx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR PLAINTIFF |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and SUPERIOR INDUSTRIES INTERNATIONAL, INC. LONG TERM DISABILITY PLAN, | ) |
| Defendants. | ) |

On January 19, 2010, the court entered its findings of fact and cnoclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, following trial on the administrative record.  Pursuant to those findings of fact and conclusions of law,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Frank Porco is awarded all unpaid benefits for the period from and after January 1, 2006, subject to any determination Prudential Life Insurance Company of America may make regarding his continued eligibility for benefits in the future;

2. That the action be, and it hereby is, remanded to Prudential Insurance Company of America as administrator of the Superior Industries, Inc. Long Term Disability Plan, to determine the dollar amount of the benefits to which plaintiff is entitled pursuant to this judgment;

3. That the benefits to which plaintiff is entitled shall bear prejudgment interest from March 1, 2006 through the date of entry of judgment at the rate of 2.91%;

4. That the action be, and it hereby is, dismissed;

5. That plaintiff recover her costs of suit herein. and

6. That the court will retain jurisdiction for the purpose of considering any motion for attorneys' fees that is filed.

DATED: January 19, 2010

                                                     *Margaret M. Morrow*
                                                   MARGARET M. MORROW
                                                   UNITED STATES DISTRICT JUDGE